DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALLIE BESSETTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1136

_____

December 6, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Marie-Louise Samuels Parmer of Samuels Parmer Law, P.A., Tampa, for Appellant.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.